SCOTT *vs.* ADAMS.

A *capias*, tested on the *seventh* day of July, 1834, made returnable *on the eighth day of July next*, will not be set aside, on the assumption that more than a term intervenes between its teste and return; the words, *eighth day of July next*, will be read eighth day of July *next after the seventh* day of July, the teste of the writ.

September 4.     A MOTION was made in this case to set aside the *capias*, on the ground that more than a term intervened between its *teste* and *return*.  The writ is tested on the *seventh* day of July, 1834, and is made returnable on the *eighth* day of July *next*. The case of *Bunn* y. *Thomas & King*, 2 Johns. R. 190, was relied on in support of the motion ; but

*By the Court*, SUTHERLAND, J.    There is no pretence for saying that here more than a term intervenes between the *teste* and *return* of the writ.   The word *next*, manifestly, by a clerical error, was substituted for *instant*.   By the eighth day of July *next*, was meant the eighth day of July *next after the seventh* day of July, when the writ bore teste, and so I am disposed to read it.   The motion therefore is denied, but without costs.